UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES M. AVALOS,<br><br>　　　　Defendant. | CASE NO. MJ 14-350<br><br>DETENTION ORDER |

<u>Offense charged</u>:　　Probation Violations

<u>Date of Detention Hearing</u>:　　September 4, 2014.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

　　　　FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

　　1.　　Defendant was sentenced to Probation for 5 years in the District of South Dakota on January 5, 2009. Supervision was transferred to the Eastern District of Louisiana on April

DETENTION ORDER
PAGE -1

30, 2009. Defendant is now charged with violating the conditions of probation. He appeared in this District, waived an identity hearing, and an Order of Transfer has been signed. Defendant does not contest detention pending his transfer to the District of South Dakota.

2. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained and committed to the custody of the Attorney General for transfer to the District of South Dakota and confinement in a correction facility pending an evidentiary hearing;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, and to the United States Marshal.

DATED this <u>4th</u> day of September, 2014.

_____
Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -2